UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMUNITY MEDICAL CENTERS, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HEALTH CARE SERVICE CORPORATION, )<br>DOES 1 THROUGH 25, INCLUSIVE )<br>)<br>)<br>Defendants. ) | Case No. 1:25-cv-04601<br><br>Honorable John J. Tharp Jr. |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE AND TO SET A BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Health Care Service Corporation and Plaintiff Community Medical Centers, Inc., by and through their counsels, respectfully move this Court to extend Defendant's deadline to file a responsive pleading to Plaintiff's Complaint through and until July 2, 2025 and to set a briefing schedule regarding Defendant's Rule 12(b)(6) Motion to Dismiss. In support of the Unopposed Motion, Defendant states as follows:

1. On April 22, 2025, Plaintiff filed its Complaint against Defendant in the Circuit Court of Cook County, Illinois. On April 25, 2025, Defendant removed the case to the Northern District of Illinois. (ECF Nos. 1, 6.)

2. The deadline for Defendant to answer or otherwise respond to the Complaint is June 2, 2025. Presently, Defendant plans to file a Rule 12(b)(6) Motion to Dismiss.

3. Defendant is diligently investigating the allegations in the Complaint and the underlying claims for benefits. Defendant is in the process of identifying the claims at issue.

4. To allow Defendant time to adequately investigate the claims and respond to the Complaint, Defendant respectfully requests a 30-day extension to file a responsive pleading to Plaintiff's Complaint, through and until July 2, 2025.

5. Furthermore, Plaintiff's counsel will be traveling and taking time off from work to sit for the July 2025 Hawai'i Bar Exam.

6. Therefore, the Parties respectfully request the following briefing schedule regarding Defendant's Motion to Dismiss:

    a. Forty-two (42) days to file a response (deadline on August 13, 2025);

    b. Twenty-one (21) days to file reply (deadline on September 3, 2025).

7. Defendant's counsel and Plaintiff's counsel have conferred, and neither counsel opposes the requested extension or the proposed extended briefing schedule.

8. This Motion is brought in good faith, is not made to delay discovery or the proceedings in this matter, and will not prejudice any of the parties. The requested extension of time and briefing schedule will accommodate Plaintiff's counsel's schedule and provide the Parties additional time to investigate the underlying claims.

9. A proposed Order is submitted contemporaneously with this Motion.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting an extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint, through and until July 2, 2025, enter the proposed briefing schedule regarding Defendant's Motion to Dismiss, and grant such other relief the Court deems just and proper.

- 3 -

Dated: May 30, 2025                                     Respectfully submitted,


                                                By: */s/ Claudia L. Cortes*
Martin J. Bishop
Alexandra M. Lucas
Claudia L. Cortes
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
mbishop@reedsmith.com
alucas@reedsmith.com
ccortes@reedsmith.com
T: 312.207.1000
F: 312.207.6400

*Attorneys for Defendant
Health Care Service Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2025 I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Illinois by using the CM/ECF system, which will electronically send notification of such filing to counsel or parties of record.

                                                       */s/ Claudia L. Cortes*
                                                       Claudia L. Cortes